IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. ~~03-CR-00159-LTB~~ 03-CR-00519-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY JOE HUNT,

    Defendant.

## FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS FOR ORDER OF DETENTION

    This matter comes before the court on April 24, 2006, for preliminary hearing on the Petition to Revoke Supervised Release and detention hearing. The government was represented by AUSA Phillip Brimmer. Defendant Hunt was presented represented by Counsel Darren Cantor.

    The court has taken judicial notice of the court's file, the presentence report and has considered applicable Federal Rules of Criminal Procedure. Defendant is not contesting detention. The court now being fully informed makes the following findings of fact, conclusions of law and order.

    As to the issue of probable cause, Defendant has waived her right to a preliminary examination on the Petition to Revoke Supervised Release and therefore probable cause has been established. Accordingly, Defendant Hunt will be bound over for hearing on revocation of his Petition to Revoke Probation.

    Under Federal Rule of Criminal Procedure 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Here, Defendant Hunt has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings.

    Under the circumstances, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

    Done this 24th day of April 2006.

                                    BY THE COURT

                                    S/ Michael J. Watanabe
                                    Michael J. Watanabe
                                    U.S. Magistrate Judge